# Exhibit B

*Claim Chart re Asserted Claims of '511 Patent and*
*Exemplary Accused Products*

Preliminary Comparison of U.S. Patent No. 7,952,511 to Volvo Vehicles

| '511 Patent, Claim 1 Language | Volvo Cars Equipped with Cyclist Detection, Pedestrian Detection, or Large Animal Detection ("Accused Instrumentalities") |
|---|---|
| Claim 1.  A method for detecting an object, comprising the steps of: | The Accused Instrumentalities implement a method for detecting an object (e.g., a cyclist, a pedestrian, or a large animal such as a deer). http://volvo.custhelp.com/app/answers/detail/a_id/9778/~/pedestrian%2C-cyclist-%26-large-animal-detection. |
| defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver; | The method implemented by the Accused Instrumentalities includes defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver.<br><br>For example, "Volvo's pedestrian and cyclist detection system, which debuted in 2013, **uses a radar unit integrated into the car's grille**, as well as a digital camera embedded in the interior rear-view mirror, to monitor a field of view several yards in front of the car. Data from both systems [i.e., including data from the radar unit] is sent to a central control unit which can distinguish and classify the moving objects, using their size and speed relative to the car itself to distinguish between the two." https://autoweek.com/article/technology/how-does-pedestrian-and-cyclist-detection-work-autoweek-explains.<br><br>Thus, as described above, each Accused Instrumentality includes a radar unit, which transmits invisible electromagnetic radiation to be detected at a receiver located on the Accused Instrumentality. When the region intermediate to the path taken by the incident and the observed electromagnetic radiation is devoid of confounding factors and objects, a standard (*i.e.*, a control-variable-like, or a background) baseline signal set—that can be used for comparison purposes—is established. For example, one standard background might be the open road in front of the Accused Instrumentality. This baseline can be updated in essentially real time as, for instance, atmospheric propagation conditions change and evolve or road-painting schemes alter from one section of pavement to the next. |
| attenuating at least a portion of an invisible electromagnetic radiation field by a presence of an object within a path of invisible electromagnetic radiation, | The method implemented by the Accused Instrumentalities involves attenuating at least a portion of an invisible electromagnetic radiation field by a presence of an object within a path of invisible electromagnetic radiation. For example, the reflection, absorption, and attenuation characteristics of a cyclist, pedestrian, or large animal will be different than the reflection, absorption, and attenuation characteristics of open road. |



Preliminary Comparison of U.S. Patent No. 7,952,511 to Volvo Vehicles

| said invisible electromagnetic radiation propagating off axis with respect to the receiver toward a scattering medium; and | The invisible electromagnetic radiation is propagated off axis with respect to the receiver toward a scattering medium.<br><br>For example, invisible electromagnetic radiation is propagated from the radar unit integrated into the grille toward a scattering medium (e.g., a road) in front of the vehicle. On information and belief, the radar unit comprises at least one transmitter and one separate and distinct receiver. The invisible electromagnetic radiation is therefore transmitted off-axis with respect to the receiver, although both are included in the Accused Instrumentality. |
|---|---|
| detecting the attenuation to indicate a presence of the object. | The method implemented by the Accused Instrumentalities involves detecting the attenuation to indicate a presence of the object. "The radar detects objects and tracks the vehicle's distance to them, taking the vehicle's speed into account." https://autoweek.com/article/technology/how-does-pedestrian-and-cyclist-detection-work-autoweek-explains. |
| Claim 15. An apparatus for performing the method of claim 1, comprising: | As discussed above, the Accused Instrumentalities each constitute an apparatus for performing the method of claim 1. |
| means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver; and | The Accused Instrumentalities include means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver.<br><br>For example, "Volvo's pedestrian and cyclist detection system, which debuted in 2013, uses a radar unit integrated into the car's grille, *as well as a digital camera embedded in the interior rear-view mirror*, to monitor a field of view several yards in front of the car. *Data from both systems is sent to a central control unit which can distinguish and classify the moving objects*, using their size and speed relative to the car itself to distinguish between the two." https://autoweek.com/article/technology/how-does-pedestrian-and-cyclist-detection-work-autoweek-explains (emphasis added).<br><br>The central control unit classifies detected objects "by matching what the camera sees [i.e., scattered electromagnetic radiation in the form of light received by the camera] against a database of masses and shapes." https://www.wired.com/2017/01/volvos-cars-now-spot-moose-hit-brakes/; *see also* http://volvo.custhelp.com/app/answers/detail/a_id/9778/~/pedestrian%2C-cyclist-%26-large-animal-detection. The database of masses and shapes constitutes means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver. |



Preliminary Comparison of U.S. Patent No. 7,952,511 to Volvo Vehicles

| | |
|---|---|
| a receiver for detecting the attenuation to indicate a presence of the object. | The Accused Instrumentalities include a receiver for detecting the attenuation to indicate a presence of the object.<br><br>"Volvo's pedestrian and cyclist detection system, which debuted in 2013, ***uses a radar unit integrated into the car's grille***, as well as a digital camera embedded in the interior rear-view mirror, ***to monitor a field of view several yards in front of the car***. . . . The radar detects objects and tracks the vehicle's distance to them." https://autoweek.com/article/technology/how-does-pedestrian-and-cyclist-detection-work-autoweek-explains (emphasis added). As discussed above with respect to claim 1, the radar unit includes a receiver that detects the attenuation of at least a portion of an invisible electromagnetic radiation field to detect the presence of an object. |

